EASTERN DISTRICT OF MICHIGAN

In the Matter of:　　　　　　　　　　　　　　　　　Case No.　08-71844

Calvin A John　　　　　　　　　　　　　　　　　　Chapter 13 Proceedings

　Debtor(s)　　　　　　　　　　　　　　　　　　　Hon. Steven W Rhodes

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| Calvin A John<br>47968 Sugarbush Rd<br>Chesterfield, MI 48047 | | | Debtor Unclaimed | 3433047 | $ 155.90 |
| **TOTAL** | | | | | $ 155.90 |

Dated: October 19, 2011

/s/KRISPEN S. CARROLL
Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035
Notice@det13ksc.com